GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
gmeier@nvbusinesslawyers.com
PETER E. DUNKLEY, ESQ.
Nevada Bar No. 011110
pdunkley@nvbusinesslawyers.com
**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada 89102
Telephone:   (702) 673-1000
Facsimile:   (702) 673-1001

*Attorneys for Plaintiffs*
ERIC ROUL, an individual
and ERIC ROUL, Trustee of the ERIC ROUL TRUST,

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| ERIC ROUL, an individual, and ERIC ROUL, Trustee of the ERIC ROUL TRUST,<br><br>Plaintiffs,<br>*vs.*<br><br>George C. George, an individual, MICHAEL MATHIAS, and individual, and DUAL DYNAMICS, LLC, a Nevada Limited Liability Corporation, DOE INDIVIDUALS 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No.: 2:13-cv-01686-GMN-CWH<br><br>**ORDER GRANTING WRIT OF ATTACHMENT** |

WHEREAS Plaintiffs filed a Motion for Writ of Attachment seeking to attach funds in the care custody and control of the Defendants and/or Defendants agents; and

WHEREAS Plaintiffs' motion identified two specific bank accounts along with a trust account maintained by Defendant George's attorney, but did not provide specific locations for any of the other funds they sought to attach; and

File No.: 1716.001

1  WHEREAS, as to the specifically identified bank accounts and the trust account of Defendant George's attorney Ullrich Smith, Plaintiffs have satisfied the requirements for issuance of a prejudgment writ of attachment pursuant to NRS 31.010 *et. seq.*; and

WHEREAS, good cause exists to attach certain specifically identified funds under the care custody and control of Defendants;

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a Writ of Attachment shall issue for Wells Fargo Bank, account number 4123011009 and that any funds in that account up to the amount of $860,000.00 shall be attached to these proceedings; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that that a Writ of Attachment shall issue for Bank of America, account number 501011656036 and that any funds in that account up to the amount of $860,000.00 shall be attached to these proceedings; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that that a Writ of Attachment shall issue for any funds held in trust by attorney Ullrich Smith, for the benefit of Defendant George C. George and that any funds held in trust by attorney Ullrich Smith up to the amount of $860,000.00 shall be attached to these proceedings; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that within 30 days of the date of this order, Plaintiffs shall file a status report with the Court listing the total amount of funds attached pursuant to this order; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Motion for Writ of Attachment is denied to the extent it seeks to attach funds in accounts not specifically identified; and

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that to the extent Plaintiffs Motion for Writ of Attachment is denied, such denial is without prejudice to Plaintiffs right to seek attachment of additional funds belonging to Defendants should such funds be specifically identified in the future.

**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada 89102
Tel: (702) 673-1000
Fax: (702) 673-1001

File No.: 1716.001

1     IT IS SO ORDERED.

3   DATED: November 1, 2013

                                    UNITED STATES MAGISTRATE JUDGE

7  *Respectfully Submitted,*

8  MEIER & FINE, LLC

9  By: /s/ Glenn F. Meier
10    GLENN F. MEIER, ESQ.
      Nevada Bar No. 006059
11    PETER E. DUNKLEY, ESQ.
      Nevada Bar No. 11110
12    2300 West Sahara Avenue, Suite 1150
      Las Vegas, Nevada 89102
13    *Attorneys for Plaintiffs*
      ERIC ROUL, an individual, and
14    ERIC ROUL, Trustee of the ERIC ROUL TRUST,

**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 1150
Las Vegas, Nevada 89102
Tel: (702) 673-1000
Fax: (702) 673-1001

File No.: 1716.001