# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC ROUL, individually and as Trustee of the ERIC ROUL TRUST,<br><br>    Plaintiff,<br>vs.<br><br>GEORGE C. GEORGE, *et al.*,<br><br>    Defendant. | Case No.: 2:13-cv-01686-GMN-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE HOFFMAN** |

Before the Court for consideration is the Report and Recommendation (ECF No. 54) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered March 10, 2014.

Pursuant to Local Rule IB 3-2(a), objections were due by March 27, 2014. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Hoffman's recommendation that Plaintiff's Motion for Default Judgment (ECF No. 45) be **Granted**. Therefore, the Court has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 54) is **ACCEPTED and ADOPTED in full.**

**IT IS FURTHER ORDERED** that default judgment be entered in favor of Plaintiff against Defendant George C. George in the amount of $3,440,000.00, plus pre-judgment interest with post-judgment interest accruing until the judgment is paid as indicated above.

**DATED** this 28th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court