AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Eric Roul, Individually and as Trustee on behalf of Eric Roul Trust

          Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

George C. George, Dual Dynamics, LLC, Michael Mathias

Case Number: 2:13-cv-01686-GMN-CWH

          Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that default judgment is hereby entered in favor of Plaintiff against Defendant George C. George in the amount of $3,440,000.00, plus pre-judgment interest with post judgment interest accruing until the judgment is paid.

March 28, 2014                              /s/ Lance S. Wilson

Date                                           Clerk

                                                                /s/ Molly Morrison

                                                                 (By) Deputy Clerk